**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WILMINGTON DIVISION**

**IN RE:**

**JUSTIN COLIN DENARDO,** **CASE NO. 26-00300-5-DMW**
**CHAPTER 13**

**DEBTOR**

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

**COMES NOW** S. Troy Staley, the Standing Chapter 13 Trustee in the Eastern District of North Carolina, duly appointed to administer the instant case ("Trustee"), and hereby objects to confirmation of the Chapter 13 Plan ("Plan") filed by Debtor for the following:

1. The Trustee has requested the following additional documentation: Pay advices for new employment income. The disposable income requirement of 11 U.S.C. § 1325(b) cannot be determined until receipt and review of the same.

2. Debtor has failed to file required complete and accurate Schedules and Statements in accordance with 11 U.S.C. §§ 521(a)(1)(B), 1325(a)(1), and EDNC LBR 4002-1(g)(1). Specifically, amended schedules need to be filed to update with new employment income.

3. The Debtor fails to provide for the assumption or rejection of the C3Rental Lease in violation of 11 U.S.C. §§ 365 and 1325(a)(1).

**WHEREFORE**, the Trustee prays the Court to enter an Order:

1. Denying confirmation of the proposed Chapter 13 Plan; and,

2. For such other and further relief as the Court may deem just and proper.

3. In the alternative, the Trustee requests a hearing on the matter.

This the 3rd day of March, 2026.

/s/ S. Troy Staley
S. TROY STALEY
Chapter 13 Trustee
N.C. State Bar No. 43229
Post Office Box 1618
New Bern, North Carolina 28563-1618
(252) 633-0074
chapter13@ednc13.com

**CERTIFICATE OF SERVICE**

I, S. Troy Staley, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing **TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN** by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

Christopher T Vonderau (via CM/ECF)
*Attorney for Debtor*

Justin Colin Denardo (via U.S. Postal Service)
705 Autumn Leaves Ct
Wilmington, NC 28411-7783
*Debtor*

**DATED:** March 3, 2026

/s/ S. Troy Staley
S. TROY STALEY
Chapter 13 Trustee
N.C. State Bar No. 43229
Post Office Box 1618
New Bern, North Carolina 28563-1618
(252) 633-0074
chapter13@ednc13.com